■ In the Matter of SHARON L. GEORGE, Respondent, v MICHAEL G. SHURTLEFF, Appellant. [679 NYS2d 922] —Order unanimously affirmed with costs (*see, Matter of Cassano v Cassano,* 85 NY2d 649). (Appeal from Order of Niagara County Family Court, Noonan, J.—Support.) Present—Pine, J. P., Wisner, Pigott, Jr., Callahan and Fallon, JJ.